IN THE SUPREME COURT OF THE STATE OF DELAWARE

MICHAEL WASHINGTON, §
§
Defendant Below, § No. 367, 2021
Appellant, §
§
v. § Court Below–Superior Court
§ of the State of Delaware
STATE OF DELAWARE, §
§ Cr. ID No. 0909018475 A/B (N)
Appellee. §
§

Submitted: February 15, 2022
Decided: April 7, 2022

Before **VAUGHN**, **TRAYNOR**, and **MOTGOMERY-REEVES**, Justices.

# **O R D E R**

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the Superior Court record, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned in the Superior Court's November 9, 2021 order denying the appellant's second motion for postconviction relief.[1]

---

[1] *State v. Washington*, 2021 WL 5232259 (Del. Super. Ct. Nov. 9, 2021).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:


*/s/ Gary F. Traynor*
Justice

2